## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

Civil Action No.: 20-cv-82480-WPD

CAROLE SAINT PIERRE, on her own behalf
and others similarly situated,

    Plaintiff,

vs.

ANGELLCO, LLC D/B/A LE RIVAGE
RESTAURANT, Florida Limited Liability
Company, and PAUL COLLANGE, an individual,

    Defendant.
_____/

### DEFENDANT'S AMENDED SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

COMES NOW, the Defendant, ANGELLCO, LLC D/B/A LE RIVAGE RESTAURANT, Florida Limited Liability Company, and PAUL COLLANGE, an individual, files this Amended Second Unopposed Motion for Extension of time to Respond to Plaintiff's First Amended Complaint and, in support, states as follows:

1. On March 1, 2021, the Plaintiff filed her First Amended Complaint [DE 12].

2. The response to the Amended Complaint was due on March 15, 2021. On March 11, 2021, Defendant filed a Motion for Extension of Time to respond to the amended complaint [DE 14].

3. The parties entered into an Agreed Order to extend Defendant's time to respond to the Amended Complaint until April 14, 2021[DE 15].

4. The parties are currently in settlement discussions in an effort to avoid further litigation.

5.      Defendant's counsel certifies that they have discussed this extension with counsel for Plaintiff and Plaintiff's counsel has agreed to allow Defendant an extension of time until April 23, 2021.

6.      There is no prejudice to any party by the granting of this enlargement of time.

7.      This Motion for Extension of time to respond to the Amended Complaint is made in good faith, in an abundance of caution, and is not intended to delay action in this matter.

WHEREFORE, the Defendant, ANGELLCO, LLC D/B/A LE RIVAGE RESTAURANT, Florida Limited Liability Company, and PAUL COLLANGE, an individual, respectfully requests that this Honorable Court enter an Order granting this Motion for Extension providing Defendant until April 23, 2021 to respond, or granting any further relief this Court deems just and proper under the circumstances.

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on this 15th day of April, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system and served a copy by electronic mail and CM/ECF system to Maguene D. Cadet, Esquire, Law Office of Dieudonne Cadet, P.A., 2500 Quantum Lakes Drive, Suite 203, Boynton Beach, FL 33426, Telephone: (561) 853-2212; maguene@dieudonnelaw.com.

By: /s/ *Julie Collange*
JULIE COLLANGE
Florida Bar No.: 123779
Attorney for Defendant
Radakovich Law
2465 Mercer Ave, Ste. 201
West Palm Beach, FL 33401
T: (754) 900-8245
jcollange@radlawfl.com