UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:20-cv-82480-WPD

CAROLE SAINT PIERRE, on her own
behalf and others similarly situated,

        Plaintiff,

v.

ANGELLCO, LLC DBA LE RIVAGE RESTAURANT,
Florida Limited Liability Company, and
PAUL COLLANGE, an individual,

        Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, CAROLE SAINT PIERRE, and Defendants, ANGELLCO, LLC DBA LE RIVAGE RESTAURANT and PAUL COLLANGE, by and through their undersigned counsel hereby notify the Court that the parties have reached a settlement in the above-captioned Fair Labor Standards Act action.

Plaintiff will submit an appropriate motion and proposed order for dismissal with prejudice within ten (10) days of this Notice of Settlement in compliance with this Court's Order Requiring Counsel to Meet, File Joint Scheduling Report and Joint Discovery Report [DE 5].

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 19, 2021, the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

        s/Maguene D. Cadet
        Maguene D. Cadet, Esq.
        Law Office of Dieudonne Cadet, P.A.
        2500 Quantum Lakes Drive, Suite 203
        Boynton Beach, Florida 33426

Telephone: 561-853-2212<br>
Facsimile: 561-853-2213<br>
Email: Maguene@DieudonneLaw.com

## SERVICE LIST
United States District Court Southern District of Florida
CASE NO. 9:20-cv-82480-WPD

Julie Collange, Esquire
Florida Bar Number: 123779
Travis J. Radak, Esquire
Florida Bar Number: 112133
Radakovich Law
2465 Mercer Ave Ste 201
West Palm Beach, FL 33401-7449
Telephone: 754-900-8245
Email: jcollange@radlawfl.com
Email: tradak@radlawfl.com
Attorney for Defendants
Served by Electronic Filing/ CM/ECF