UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-82480-CIV-DIMITROULEAS

CAROLE SAINT PIERRE, on her own
behalf and others similarly situated,

    Plaintiff,

vs.

ANGELLCO, LLC DBA LE RIVAGE RESTAURANT,
Florida Limited Liability Company, and
PAUL COLLANGE, an individual,

    Defendants.
_____/

## ORDER APPROVING SETTLEMENT AND DISMISSING CASE WITH PREJUDICE

THIS CAUSE came before the Court upon the Joint Stipulation for Dismissal with Prejudice and for Settlement Approval [DE 22] ("Joint Motion"). The Court has reviewed the Joint Stipulation, the Settlement Agreement attached thereto, and is otherwise fully advised in the premises.

Having reviewed the relevant terms of the Settlement, the Court approves the Settlement Agreement as a fair and reasonable resolution of a bona fide dispute over FLSA provisions. *See Lynn's Food Stores, Inc. v. U.S. Dep't. of Labor,* 679 F.2d 1350, 1355 (11th Cir.1982).

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Joint Stipulation [DE 22] is **APPROVED**;

2. The Parties' Settlement Agreement [DE 22-1] is hereby **APPROVED**;

3. This case is **DISMISSED WITH PREJUDICE.**

4. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 11th day of May, 2021.

*[signature]*

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record